IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                 Case No. 25 CR-00329 KG

ADAM GRIFFIN,

        Defendant.

## ORDER TO EXTEND SELF-SURRENDER

THIS MATTER having come before the Court on the Unopposed Motion to Extend Self-Surrender date (Doc. 56), and the Court being apprised of the circumstances, including that neither the government, nor United States Probation, have an opposition to this request GRANTS the request to extend surrender date.

IT IS HEREBY ORDERED the self-surrender date currently scheduled for June 17, 2026, is hereby extended. The Court resets the self-surrender date to June 26, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:
Irma Rivas, AFPD
Attorney for Defendant